**Order entered September 6, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00995-CR

**COURTNEY EARLENE SHANNON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2011-1-1161**

## ORDER

The Court **REINSTATES** the appeal.

On August 12, 2013, we ordered the trial court to make findings regarding whether appellant was entitled to court-appointed counsel and, if so, to appoint counsel to represent appellant. We have received the trial court's order appointing Garland Caldwell to represent appellant in the appeal. We **DIRECT** the Clerk to list Garland Caldwell as appellant's attorney of record.

We have received the reporter's record. Accordingly, appellant's brief is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE